FLANNIGAN vs. W. & N. C. E. RY. CO.     415

SYLLABUS—OPINION OF COURT.

EARL FLANNIGAN, by Joseph Flannigan, his next friend, *vs.* WILMINGTON AND NEW CASTLE ELECTRIC RAILWAY COMPANY.

### *Parties—Practice.*

Where the real plaintiff is a child of tender years the father is the proper person to sign the petition asking for the appointment of a next friend.

*(January 3, 1900.)*

LORE, C. J., and SPRUANCE, J., sitting.

*William Micheal Byrne* for plaintiff.

*Peter L. Cooper, Jr.,* for defendant.

Superior Court, New Castle County, November Term, 1899.

ACTION ON THE CASE (No. 73, November Term, 1899).

The real plaintiff in this case being but three years old, Mr. Byrne raised the question as to who would sign the petition asking for the appointment of a next friend. The Court held that the father was the proper person by reason of the absolute incapacity of the child to either perform the act or to comprehend the nature and effect of the same.